# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ALABAMA INSURANCE GUARANTY ASSOCIATION, | : No. 122 MAP 2014 |
| | : |
| | : Appeal from the Order of the |
| Objector | : Commonwealth Court dated September |
| | : 12, 2014 at No. 6 REL 2012 |
| | : |
| v. | : |
| | : |
| | : |
| RELIANCE INSURANCE COMPANY IN LIQUIDATION  (ANCILLARY MATTER TO IN RE: RELIANCE INSURANCE COMPANY IN LIQUIDATION, NO. 1 REL 2001) | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| APPEAL OF: ALABAMA INSURANCE GUARANTY ASSOCIATION, | : |
| | : |
| Objector | : |

## ORDER

**PER CURIAM**                                          **DECIDED:  August 17, 2015**

   **AND NOW,** this 17th day of August, 2015, the Order of the Commonwealth Court is **AFFIRMED**.